

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00118-CV

Shirley **ADAMS**, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst,
Helen Herbst, and R. May Oil & Gas Company, Ltd.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION CO.-USA**, a Delaware Corporation,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-05-0466-CVA
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment, including any award of attorney's fees, is REVERSED. This cause is REMANDED to the trial court for further proceedings consistent with this opinion.

We ORDER that appellants Shirley Adams, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst, and R. May Oil & Gas Company, Ltd., recover their costs of court for this appeal from appellee Murphy Exploration & Production Co.-USA.

SIGNED June 15, 2016.

_____
Patricia O. Alvarez, Justice